

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00667-CV

_____

IN RE JOHNNY TYSON II, Relator

---

Original Proceeding
County Court at Law No. 1 of Tarrant County, Texas
Trial Court No. 2025-005600-1

---

Before Bassel, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's Renewed Emergency Motion to Stay Enforcement of Writ of Possession and Trial-Court Actions, Petition for Writ of Injunction, and Petition for Writ of Prohibition, and is of the opinion that relief should be denied. Accordingly, relator's Renewed Emergency Motion to Stay Enforcement of Writ of Possession and Trial-Court Actions, Petition for Writ of Injunction, and Petition for Writ of Prohibition are denied.

Per Curiam

Delivered: December 5, 2025